IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Adem Van Daalen,<br><br>    Plaintiff,<br><br>vs.<br><br>Greg Fizer, et al.,<br><br>    Defendant. | No. CV 06-672-PHX-EHC<br><br>**ORDER** |

On May 5, 2006, Petitioner filed a *pro se* Amended Petition for Writ of Habeas Corpus. [Dkt. 6] On July 10, 2006, Respondents filed a motion for extension of time to file an Answer. [Dkt. 8] On the same day, Petitioner filed a Motion for Entry of Default Order. [Dkt. 9] Respondents filed a Response to the Petitioner's Motion on July 24, 2006. [Dkt. 10] On August 8, 2006, Magistrate Judge David K. Duncan issued a Report and Recommendation with respect the Petitioner's motion. [Dkt. 14] The Petitioner did not file any objections.

A district court judge reviews a Report and Recommendation of a Magistrate Judge *de novo*. *See* 28 U.S.C. § 636(b)(1)(C).

The Court having reviewed the record *de novo* adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is adopted in full. [Dkt. 14]

**IT IS FURTHER ORDERED** that the Petitioner's Motion for Entry of Default Order is **DENIED**. [Dkt. 9]

DATED this 26th day of September, 2006.

_____
Earl H. Carroll
United States District Judge

- 2 -