IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Adem Van Daalen, | ) No. CV 06-0672-PHX-EHC (MHB) |
| Petitioner, | ) |
| vs. | ) **ORDER** |
| | ) |
| Greg Fizer, et al., | ) |
| Respondents. | ) |
| | ) |

Petitioner proceeding pro se has filed an Amended Petition for Writ of Habeas Corpus By a Person in State Custody under 28 U.S.C. § 2254 (Dkt. 6). The matter was referred to Magistrate Judge Michelle H. Burns who has issued a Report and Recommendation recommending that the § 2254 Petition be denied and dismissed with prejudice (Dkt. 28). Petitioner has not filed an Objection to the Report and Recommendation.

Standard of Review

The district court reviews de novo the portions of the Magistrate Judge's Report and Recommendation to which Petitioner has filed an objection. 28 U.S.C. § 636(b)(1)(C)("a judge of the court shall make a de novo determination of those portions of the report, ..., to which objection is made."); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003); Schmidt v. Johnstone, 263 F. Supp. 2d 1219 (D. Ariz. 2003), citing Thomas v.

1  <u>Arn</u>, 474 U.S. 140, 149 (1985)(determining that district courts are not required to review any

2  issue that is not the subject of an objection).

### Discussion

4  Petitioner's conviction arises from the entry of his no contest plea in the Superior

5  Court of Maricopa County, Arizona, to three amended counts of manslaughter, each a Class

6  2 dangerous felony.  Petitioner, driving while intoxicated, crashed into a car, killing two

7  adults and a one-year-old boy.  Petitioner at the time was 19 years of age. Pursuant to the

8  plea agreement's stipulated sentence, the trial court sentenced Petitioner to three consecutive

9  terms of 10.5 years of imprisonment, for a total sentence of 31.5 years' imprisonment.

10  The Magistrate Judge has recommended that Petitioner's claim alleging a denial of

11  equal protection and due process of law arising from the failure to appoint a disability

12  advocate and his claim alleging a violation of the Americans With Disabilities Act are

13  procedurally defaulted.  The Magistrate Judge has recommended that Petitioner's other

14  claims should be denied on the merits.  Regarding these claims, Petitioner asserted that the

15  trial court denied him equal protection and due process based on other persons who allegedly

16  received less prison time for similar crimes; that counsel was ineffective in not asserting

17  Petitioner's disabilities to the trial court, for failing to ensure that Petitioner understood the

18  proceedings against him, and for failing to aid in Petitioner's defense; and that he had been

19  denied his right to be free from cruel and unusual punishment under the Eighth Amendment

20  as a result of alleged disproportionate sentencing and his alleged status of being mentally and

21  physically disabled (Petitioner allegedly sustained severe injuries as a result of the accident).

22  In the absence of objections, the Court adopts in full the Report and Recommendation.

23  Accordingly,

24  **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt.

25  28) is adopted in full.

26  //

27  //

28

1       **IT IS FURTHER ORDERED** that the Amended Petition for Writ of Habeas Corpus

2  under 28 U.S.C. § 2254 (Dkt. 6) is denied and dismissed with prejudice.

3       DATED this 18th day of February, 2008.

Earl H. Carroll
United States District Judge

- 3 -